CORPORATE COUNSELORS, INC., Respondent, v. W. R. MacINNIS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

KITTY SALSKY, Individually and as Administratrix of the Estate of ROSE SCHWARTZ, Deceased, Respondent, v. HARRY SCHWARTZ et al., Appellants.— Order granting plaintiff's motion to strike out the second affirmative defense of estoppel unanimously reversed and the motion denied. The defense should stand to permit the defendants to develop facts at the trial to support the defense. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

KITTY SALSKY, Individually and as Administratrix of the Estate of ROSE SCHWARTZ, Deceased, Respondent, v. HARRY SCHWARTZ et al., Appellants.— Order denying defendants' cross motion to dismiss the complaint unanimously affirmed. The defense of the Statute of Limitations is not so clearly available on the face of the complaint to warrant dismissal of the complaint on motion. It should also await the showing on the trial. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. MICELE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

BITHA L. SIMPSON, Respondent, v. MIRO SERVICE CO. INC., Appellant, et al., Defendants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment to $2,000 in which event the judgment, as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

JOSEPH KABACK, Appellant, v. HYROSE MANUFACTURING AND EXPORT CORP., Respondent.— Appeal unanimously dismissed. (See Mutual Life Ins. Co. v. 160 East 72nd St. Corp., 272 App. Div. 48.) No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

RUSSELL B. KINAMAN, Respondent, v. DOROTHY S. KINAMAN, Appellant.— The proof does not warrant a decree of annulment. Interlocutory decree appealed from unanimously reversed, with costs, and the complaint dismissed. Settle order on notice containing findings of fact and conclusions of law. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

MID-CONTINENT PETROLEUM CORPORATION, Respondent, v. UNIVERSAL OIL PRODUCTS COMPANY, a. Delaware Corporation, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [198 Misc. 1073.] [See post, p. 653.]